# Exhibit "A"

# United States of America

## United States Patent and Trademark Office

# 猫 山 王

# Mao Shan Wang

**Reg. No. 5,820,516**

**Registered Jul. 30, 2019**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

May Flower International Inc.  (NEW YORK CORPORATION)
5672 49th Pl
Flushing, NEW YORK 11378

CLASS 30: Biscuits; Biscuits and bread; Cakes; Noodles; Asian noodles; Chocolate cakes; Cup cakes; Fried noodles; Fruit cakes; Ice-cream cakes; Instant noodles; Moon cakes; Plum cakes; Ramen noodles; Rice cakes; Rice noodles; Snack cakes; Starch noodles; Vegan cakes

FIRST USE 6-15-2013; IN COMMERCE 6-15-2013

The mark consists of the wording "Mao Shan Wang" with three stylized Asian characters above.

The English translation of "Mao", "Shan", "Wang" in the mark is "Cat", "Mountain", "King".

The non-Latin characters in the mark transliterate to "Mao", "Shan", "Wang" and this means "Cat", "Mountain", "King" in English.

SER. NO. 88-259,464, FILED 01-12-2019

Director of the United States
Patent and Trademark Office

```
┌────────────────────────────────────────────────────────────────────┐
│   REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION       │
│                                                                      │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE│
│          DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.          │
└────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,930,650**

**Registered Dec. 10, 2019**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

May Flower International Inc.  (NEW YORK CORPORATION)
5672 49th Pl
Flushing, NEW YORK 11378

CLASS 30: Biscuits; Biscuits and bread; Cakes; Cup cakes; Ice-cream cakes; Noodles; Plum cakes; Asian noodles; Chocolate cakes; Fried noodles; Fruit cakes; Instant noodles; Moon cakes; Ramen noodles; Rice cakes; Rice noodles; Snack cakes; Starch noodles; Vegan cakes

FIRST USE 6-15-2013; IN COMMERCE 6-15-2013

The color(s) red, yellow, green, white, brown, grey, gold is/are claimed as a feature of the mark.

The mark consists of a vertical rectangle that is red on the top and bottom and yellow in the center, which contains on the top red portion three stylized Chinese characters in white, which are above the stylized wording "MAO SHAN WANG" in white. Below the wording is a curved gold band that separates the red portion of the rectangle from the yellow portion. Below the gold band are three stylized Chinese characters in red, which are above the stylized wording "DURIAN CAKE" in red. Below the wording is a depiction of a white plate that holds a yellow durian cake, two slices of yellow durian cake, a green durian fruit with spikes on the outside and brown stem and a slice of durian fruit that is green on the outside with spikes and yellow on the inside. Just off of the left side of the plate are several green beans with a white strip on top of each of them. Below the plate is a depiction of green grass upon which is, moving from left to right, a white building with gold roof in front of a red building, gold statue, white building with gold roof, gold statue in front of a palm tree with a brown trunk and green leaves, a gold statue with green hands holding a gold totem that is red on top, a gold castle with yellow and red on the front, a gray statute, a white building with red roof, a palm tree with brown trunk and green leaves, and a small white building with a gold roof, and a large gold castle. Underneath the depiction are several gold horizontal strips that curve upward on the right side. Underneath is a gold bar that encompasses fifteen stylized Chinese characters in white. The gold bar separates the yellow middle section from the bottom red section. On the bottom red section are three Chinese characters in white followed by a white colon and the wording "300g(4x75g)" in white, which is above the stylized wording "Net Wt.:10.6oz" in white, which is above 11 Chinese characters in white that end with a white exclamation point.

No claim is made to the exclusive right to use the following apart from the mark as shown: "DURIAN CAKE," "300G(4X75G)" AND "NET WT.: 10.6OZ" AND THE NON-LATIN

Director of the United States
Patent and Trademark Office

CHARACTERS THAT TRANSLITERATE TO "DURIAN CAKE" AND "NET WEIGHT"

The non-Latin characters in the mark transliterate to "MAO SHAN WANG", "LIU LIAN BING", "SHE JIAN SHANG DE YOU HUO MAO SHAN WANG LIU LIAN NONG YU DE XIANG", "JING HAN LIANG", "TU PIAN JIN GONG CAN KAO YI SHI WU WEI ZHUN" and this means CAT MOUNTAIN KING, DURIAN CAKE, THE TEMPTATION ON THE TIP OF THE TONGUE IS THE RICH FRAGRANCE OF THE CAT KING DURIAN, NET WEIGHT, THE PICTURE IS FOR REFERENCE ONLY, REFERENCE SUBJECT TO ACTUAL PRODUCT in English.

SER. NO. 88-342,787, FILED 03-16-2019

```
┌─────────────────────────────────────────────────────────────────────┐
│   REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION        │
│                                                                       │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│        DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.             │
└─────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# Exhibit "B"





Musang King Durian Cake
Musang King Gâteau Durian

Ingredients: Wheat Flour, White Sugar, Green Bean, Water, Soybean Oil, Sorbitol, Maltose Syrup, Glycerin, Sugar Melon(White Sugar, Winter Melon), Durian, Salt, Hydroxypropyl Distarch Phosphate, Xanthan Gum, Sucrose Fatty Acid Esters, Potassium Sorbate, Sodium Dehydroacetate, β-Carotene, Edible Flavor.

Allergen Information: Contains wheat, soybean. Manufactured in a facility that processes egg, milk and their products.

Ingrédients: Farine de Blé, Sucre Blanc, Haricot Vert, Eau, Huile De Soja, Sorbitol, Sirop De Maltose, Glycérine, Sucre Melon(Sucre Blanc, Melon d'Hiver), Durian Sel, Phosphate d'Hydroxypropyle Distarch, Gomme De Xanthane, Esters d'Acide Gras De Saccharose, Potassium Sorbate, Déshydroacétate De Sodium, β-Carotène, Saveur Comestible.

L'Information d'Allergène: Contient du blé, du soja. Fabriqué dans une usine qui transforme l'oeuf, le lait et leurs produits.

Net Weight/Poids Net:300 g(10.5OZ)

Best before show on package
Meilleur avant le spectacle sur le paquet

Edible Method: Ready-To-Eat
Process Method: Hot Workability
Standard: GB/T 20977
Storage Condition: Keep In Cool And Dry Place.

Canada Sole Agent / Canada Agent Exclusif :
Kam Wah Resources Co.,Ltd.
20 Alden Rd.Unit#1,Markham Ontario Canada
L3R 2S1
Tel:(905)513-2800
Email:kamwahresources@hotmail.com

U.S.A. Sole Agent/ U.S.A Agent :
TRISTAR FOOD WHOLESALE CO. INC.
JERSEY CITY, N.J. 07304-3509
E-mail: tristarfoodinfo@gmail.com

PRODUCT OF CHINA   PRODUIT DE CHINE

Bánh
Pia
chay
Đậu - Đậu Xanh

猫山王
榴莲饼

Musang King Durian Cake

微波一下更美味!







# Exhibit "C"

大眾超市
D & Z Supermarket Corp
77-00 QUEENS BLVD.
ELMHURST NEW YORK,NY 11373
(718)205-0181
============================================

Station 06 253229378225
04/10/2021 14:58:36
Cashier # 1015

1 MUSANG KING                              $4.99  F
  貓山王榴蓮餅
1 MUSANG KING                              $4.99  F
  貓山王香芋榴蓮餅
--------------------------------------------

                Item Count:   2
                 Subtotal:  $9.98
                     Tax:  $0.00
                   Total:  $9.98
                 Payment:  $9.98
--------------------------------------------

              Cash Change:  $0.00
--------------------------------------------

CREDIT SALE
VISA  ************7069
ENTRY METHOD: CHIP
AUTH CODE: 05024G
AMOUNT:  $9.98
APPLICATION LABEL: VISA CREDIT
AID: A0000000031010
TVR: 0080008000
IAD: 06010A03212002
TSI: E800
ARC: Z3
CVM: SIGN
--------------------------------------------

  No Refund.  Fish, meat, produce, and
refrigerated/frozen item may be exchanged
within 2 hours of purchase w/ receipt.
  Other items within 7 days w/ receipt
Please Check all items&change,we are not
responsible for any lost&forgotten items.
============================================



* 0 6 2 5 3 2 2 9 3 7 8 2 2 5 *