# KEVIN KERVENG TUNG, P.C.

Attorneys and Counselors at Law

Writer's direct email:
Ge Li, Esq., admitted in NY and NJ
gli@kktlawfirm.com

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

July 11, 2024

**Via ECF**
The Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     RE:   *May Flower International, Inc. v. Tristar Food Wholesale Co. Inc., etc.*
             Civil Action No.: 1:21-cv-2891-RPK-PK

Your Honor:

     This firm represents the plaintiff May Flower International, Inc. ("May Flower" or "Plaintiff") in the above-referenced case.

     In accordance with the Your Honor's Individual Motion Practices and Rules, Plaintiff requests that the Court extend the expert disclosure deadlines for **30 days** as outlined in the revised Proposed Case Management Plan, filed concurrently with this letter. **Defendants do not oppose the request.**

     The current deadline for disclosing the expert witness is July 15, 2024 (the original deadline July 13, 2024 is a Saturday). See Dkt. # 66. The requested new deadline is August 14, 2024. As a condition of Defendants' non-opposition, the parties have agreed that there will be no further requests to extend this deadline absent consent of all parties or unforeseeable extenuating circumstances.

     The parties have exchanged several versions of proposed changes to the settlement agreement after the settlement conference held on April 30, 2024 before Your Honor. The undersigned counsel needs additional time to discuss with Plaintiff and comment on the latest version because the contact person from the Plaintiff is currently on vacation. Plaintiff respectfully submits that another 30-day extension will better serve the purpose of resolving this case, or if the case still cannot be resolved by that time, the parties will proceed with the expert disclosure. No additional extension is anticipated.

     Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

KEVIN KERVENG TUNG, P.C.
*Attorneys for Plaintiff*


*/s/ Ge        Li*
 Ge    Li

Cc: Counsel of record
    (via ECF)